**MONSANTO COMPANY,**
Plaintiff–Appellee,

and

**Delta and Pine Land Company,**
Plaintiff–Appellee,

v.

**Dallas THOMASON, David D.
Thomason, and Lucknow,
Inc., Defendants,**

and

**Charles F. Thomason and Bale–
A–Day, Inc., Defendants,**

and

**Lasley D. Thomason and 3–T Cotton
Farms of Rayville, Inc., Defendants–
Appellants,**

and

**Cotton Plantation, Inc., Defendant.**

No. 01–1642, 01–1643, 01–1644.

United States Court of Appeals,
Federal Circuit.

Aug. 29, 2002.

ORDER

Upon consideration of the unopposed motion of Lasley D. Thomason and 3–T Cotton Farms of Rayville, Inc. to voluntarily dismiss their appeal, 01–1642, based on settlement,

IT IS ORDERED THAT:

(1) The motion is granted and appeal 01–1642 is dismissed. All parties shall bear their own costs with respect to appeal 01–1642. A copy of this order shall be transmitted to the merits panel assigned to hear appeals 01–1643, –1644.

(2) The revised official caption for 01–1643, –1644 is reflected above.